1  JASON M. JULIAN (State Bar No. 215342)
   jmj@severson.com
2  EDWARD R. BUELL, III (State Bar No. 240494)
   erb@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  WELLS FARGO BANK, N.A., erroneously
   named as its division Wells Fargo Home
8  Mortgage as master servicer and successor by
   merger to Wachovia Mortgage, FSB, f/k/a World
9  Savings Bank, and its dba America's Servicing
   Company Assets LLC; DEUTSCHE BANK
10 NATIONAL TRUST COMPANY, AS
   TRUSTEE FOR AMERICAN HOME
11 MORTGAGE ASSET TRUST 2007-5,
   erroneously named as Deutsche Bank National
12 Trust Company; and MORTGAGE
   ELECTRONIC REGISTRATION SYSTEMS,
13 INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| MAURICE WELSH AND PAULA D. WELSH,<br><br>         Plaintiffs,<br><br>    vs.<br><br>AMERICA'S SERVICING COMPANY ASSETS, LLC, as (the "Depositor"); WELLS FARGO HOME MORTGAGE as master servicer and successor by merger to WACHOVIA MORTGAGE, FSB, f/k/a WORLD SAVINGS BANK ("Wells Fargo Bank, N.A."); DEUTSCHE BANK NATIONAL TRUST COMPANY as (the "Trustee"); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); and DOES 1 to 50, inclusive, all parties unknown claiming to have legal, equitable, lien and estate against the subject property located at 453 Creighton Way, Oakland, California 94619. APN: 037a-3145027,<br>         Defendants. | Case No. 3:15-cv-02166-LB<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY BY DEFENDANT WELLS FARGO BANK, N.A.**<br><br>The Hon. Judge Laurel Beeler<br><br>Action Filed:    May 13, 2015<br>Trial Date:      None Set |

21000.0405/4122909.1                                                3:15-cv-02166-LB
[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY

1    IT IS HEREBY ORDERED that the request of WELLS FARGO BANK, N.A.,
2 erroneously named as its division Wells Fargo Home Mortgage as master servicer and successor
3 by merger to Wachovia Mortgage, FSB, f/k/a World Savings Bank, and its dba America's
4 Servicing Company Assets LLC ("Wells Fargo") to substitute Severson & Werson, A Professional
5 corporation, as its attorney of record in place of Anglin, Flewelling, Rasmussen, Campbell &
6 Trytten, LLP in the above-captioned matter is approved.
7    **IT IS SO ORDERED.**

9 Dated: June 2, 2015

    _____
    Honorable Laurel Beeler
    United States Magistrate Judge

---

21000.0405/4122909.1                                1                                3:15-cv-02166-LB
[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEY