United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**MAURICE WELSH, ET AL.**,

        Plaintiffs,

   v.

**AMERICA'S SERVICING COMPANY ASSETS LLC, ET AL.**,

        Defendants.

Case No. 15-cv-02166-YGR

**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Claudia Wilken to consider whether it is related to *Welsh v. American Home Mortgage Assets LLC, et al.*, Case No. 13-CV-4750.

**IT IS SO ORDERED.**

Dated: June 10, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**